Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: Cyrus.Safa@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
703 S. Eight St,
Las Vegas, NV 89101
E-mail: gmwesq@weltlaw.com

ASIYAH ABDULRAHMAN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASIYAH ABDULRAHMAN | Case No.: 2:15-cv-01520-JAD-GWF |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Asiyah Abdulrahman and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 14 days from October 3, 2016 to October 17, 2016 for Plaintiff to file her Motion for Reversal and/or Remand, with all other dates in the Court's Order Concerning Review Of Social

-1-

Security Cases extended accordingly. Specifically, Defendant's cross-motion will be due on or before November 16, 2016.  This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: October 3, 2016    Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Ms. Asiyah Abdulrahman

DATE:  October 3, 2016

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Chief, Civil Division

/s/ *April A. Alongi*

BY: _____
APRIL A. ALONGI
Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

IT IS SO ORDERED:  _____*George Foley Jr.*_____
UNITED STATES MAGISTRATE JUDGE

DATED:  10/04/2016

-2-