GERALD M. WELT, SBN 1575
Attorney at Law
CYRUS SAFA, SBN 13241
Attorney at Law
    12631 East Imperial Highway, Suite C-115
    Santa Fe Springs, California 90670
    Phone:  562-868-5886
    Fax:  562-868-8868
    cyrus.safa@rohlfinglaw.com

Attorneys for Plaintiff

DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Phone:  415-977-8954
    Fax:  415-744-0134
    april.alongi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ASIYAH ABDULRAHMAN, | Case No:  2:15-cv-01520-JAD-GWF |
|     Plaintiff | |
| v. | **JOINT STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G)** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ECF 21, 22 |
|     Defendant. | |

      Plaintiff Asiyah Abdulrahman (Plaintiff) and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court, to remand the above-captioned matter to the Commissioner, pursuant to sentence four of 42 U.S.C.

-1-

1 § 405(g). Upon remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The ALJ will be instructed to update the medical record; offer Plaintiff the opportunity for a new hearing; obtain vocational expert testimony, if necessary; and determine whether Plaintiff can perform her past relevant work or other work that exists in significant numbers given Plaintiff's age, education, vocational factors, and residual functional capacity.

Respectfully submitted,

Date:  November 16, 2016          GERALD M. WELT
                                  Attorney at Law

                            By:   */s/\* Cyrus Safa*
                                  CYRUS SAFA
                                  Attorney at Law
                                  *by email authorization on 11/15/16

                                  Attorneys for Plaintiff

Date:  November 16, 2016          DANIEL G. BOGDEN
                                  United States Attorney
                                  BLAINE T. WELSH
                                  Chief, Civil Division

                            By:   */s/ April A. Alongi*
                                  APRIL A. ALONGI
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant

## ORDER

Based on the parties' stipulation, it is hereby ordered that this action is REMANDED under sentence four of 42 U.S.C. § 405(g) on the terms set forth above. All pending motions are denied as moot.

DATE:  12/2/16
                                  _____
                                  THE HONORABLE JENNIFER A. DORSEY
                                  United States District Judge