# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASIYAH ABDULRAHMAN,　　　　　　　 ) | Case No:  2:15-cv-01520-JAD-GWF |
| 　　　　Plaintiff　　　　　　　　 ) | |
| 　　　　　　　　　　　　　　　　 ) | **JUDGMENT** |
| 　　　v.　　　　　　　　　　　　 ) | |
| 　　　　　　　　　　　　　　　　 ) | |
| CAROLYN W. COLVIN, Acting　　　 ) | |
| Commissioner of Social Security,　 ) | |
| 　　　　　　　　　　　　　　　　 ) | |
| 　　　　Defendant.　　　　　　　 ) | |

Having ordered remand in accordance with the Joint Stipulation For Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),  ECF No. 23

Judgment is entered accordingly.

IT IS SO ORDERED.

DATE:　　12/2/16　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　　　　　United States District Judge