1  Cyrus Safa
   Attorney at Law: 282971
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Asiyah Abdulrahman

7
8                    **UNITED STATES DISTRICT COURT**
9                           **DISTRICT OF NEVADA**
10

| | |
|---|---|
| ASIYAH ABDULRAHMAN, | Case No.: 2:15-cv-01520-JAD-GWF |
| Plaintiff, | |
| vs. | **Stipulation and Order Awarding Attorney Fees, Expenses, and Costs** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | [ECF No. 25] |

TO THE HONORABLE GEORGE FOLEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Asiyah Abdulrahman be awarded attorney fees in the amount of two thousand four hundred forty four dollars and seventy four cents ($2,444.74) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on

behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Asiyah Abdulrahman, the government will consider the matter of Asiyah Abdulrahman's assignment of EAJA fees to Cyrus Safa.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Asiyah Abdulrahman, but if the Department of the Treasury determines that Asiyah Abdulrahman does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Asiyah Abdulrahman.[1]  Any payments made shall be delivered to Cyrus Safa.

This stipulation constitutes a compromise settlement of Asiyah Abdulrahman's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Asiyah Abdulrahman and/or Cyrus Safa including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Cyrus Safa and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: March 6, 2017        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY:_____
Cyrus Safa
Attorney for plaintiff Asiyah Abdulrahman

DATE: March 6, 2017

DANIEL G. BOGDEN
United States Attorney

BLAINE T. WELSH
Chief, Civil Division

/s/ *April A. Alongi*

_____
APRIL A. ALONGI
Special Assistant United States Attorney
Attorneys for Defendant Nancy A. Berryhill,
Acting Commissioner of Social Security
(Per e-mail authorization)

**ORDER**

Based on the parties' stipulation [ECF No. 25] and good cause appearing, IT IS ORDERED that plaintiff Asiyah Abdulrahman is awarded fees and expenses of $2,444.74 under 28 U.S.C. § 2412, and any costs authorized by 28 U.S.C. § 1920.

_____
Jennifer Dorsey
U.S. District Judge     3/7/17