# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

ASIYAH ABDULRAHMAN

Plaintiff,

V.

Carolyn W. Colvin
acting Commissioner of Social Security

Defendant.

**JUDGMENT IN A CIVIL CASE
FOR ATTORNEY'S FEES**

Case Number: 2:15-cv-01520-JAD-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that plaintiff Asiyah Abdulrahman is awarded fees and expenses of $2,444.74 under 28 U.S.C. § 2412, and any costs authorized by 28 U.S.C. § 1920. See [26] Order.

3/7/2017  /s/ Debra K. Kempi

Date  Clerk

/s/ Monica Reyes

(By) Deputy Clerk