AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Asiyah Abdulrahman,

                Plaintiff,

    v.

Carolyn W. Colvin,

                Defendant.

        JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

        Case Number:  2:15-cv-01520-JAD-GWF

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that  $18,000 is awarded in attorney's fees to the Law Offices of Lawrence D. Rohlfing under 42 U.S.C. § 406 (b).

IT IS FURTHER ORDERED that the Law Offices of Lawrence D. Rohlfing must reimburse Abdulrahman the amount of $2,444.74 for the EAJA fees previously paid by the Commissioner.

9/12/2022
Date

DEBRA K. KEMPI
Clerk

/s/ K. Ferris
Deputy Clerk